

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**RECEIVED**

MAY 1 3 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Daniel Jackson
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J Dart
Cook County Jail
Sheriff
_____

_____

1:14-cv-03509
Judge Gary Feinerman
Magistrate Judge Michael T. Mason

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331** U.S. Code (federal defendants)

_____     **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR***
***FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I.  **Plaintiff(s):**

    A.  Name: _____

    B.  List all aliases: _____

    C.  Prisoner identification number: _____

    D.  Place of present confinement: _____

    E.  Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.  Defendant: _____

        Title: _____

        Place of Employment: _____

    B.  Defendant: _____

        Title: _____

        Place of Employment: _____

    C.  Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____
_____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

    D. List all defendants: _____
_____
_____
_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____
_____

    G. Basic claim made: _____
_____
_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Daniel Jackson, been housed in div 3 Annex for more then 263 days now. First time I arrived to Div 3 Annex was 4-29-13 until 6-21-13, 52 days housed there before the building was shut down by the D.O.J and considered condemn. I never been released from prison to file the lawsuit the first incident. So in Oct 5, 13 I was placed back in Div 3 Annex. So now I'm filing another complaint. While housed in this facility building I was made aware again that this building was reportedly considered condemn by the city of Chicago and the health department. This building is seriously infested with black mold, asbestos, contaminated dirty drinking water, also had no hot water to shower for 3 days. Once I did get hot water it was scalding hot to the touch. Infestation of mice, roaches, water bugs, spiders and other type of rodents. Also inhabits the same premises I am confined too. Not only is this ludacris also, we're not given cleaning supplies to clean the living area. I been moved to 3 different pods due to leaking roofs

4

and rusting of ceilings and other areas. lastly Numerous inmates are showing signs of illness through constant sneezing, coughing, nose blowing and pollution to the lungs and no concern of our elderly as well. unlawful unconstitutional confinement A.C.I.U That I Daniel Jackson have been recieving for over 263 something days and I am still locked up in Div. 3 4K.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be awarded monetary compensation for being housed in ungruel and harsh living conditions. I've suffered while in DIV 3 ANNex for over 263 Days. and currently still locked up in the annex as I speak.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  MAY  day of  8 , 20 14

Daniel Jackson
(Signature of plaintiff or plaintiffs)

Daniel Jackson
(Print name)

20130429073
(I.D. Number)

2600 S California St P.O Box 089002
Cook County Jail Chicago IL 60608
(Address)

6

Revised 9/2007