UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL JACKSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THOMAS DART, ) <br> ) <br> Defendant. ) | 14 C 3509 <br><br> Honorable Judge <br> Virginia Kendall |

**STIPULATION TO DISMISS WITH PREJUDICE**

NOW COMES Plaintiff Daniel Jackson *pro se*, and Defendant Thomas Dart("Defendant"), by and through their attorney KIMBERLY FOXX, State's Attorney of Cook County, and through her Assistant, NICOLAS CASTIGLIONE, and moves this Honorable Court as follows:

1. The Parties stipulate to the dismissal of the PLAINTIFF'S claims against DEFENDANTS, with prejudice and without costs because the matter has been settled to the mutual satisfaction of the Parties.

2. The parties pray that the Court will enter an order of dismissal terminating the case against DEFENDANTS, in its entirety.

WHEREFORE, Plaintiff and Defendant prays that this Honorable Court enter an order of dismissal terminating the case against DEFENDANT, in its entirety, with prejudice and without costs.

For Plaintiff:

_____
Daniel Jackson

For Defendant:

s/ Nicolas Castiglione
Nicolas P. Castiglione
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5463
*Attorney for Defendant*